**The Honorable Fred Van Sickle**

MICHAEL H. CHURCH
WSBA # 24957
MELODY D. FARANCE
WSBA # 34044
Stamper Rubens, P.S.
720 West Boone, Suite 200
Spokane, WA  99201
Attorneys for Defendants

Telephone:    (509) 326-4800
Facsimile:     (509) 326-4891

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA DISTLER and JAMES DISTLER, <br><br> Plaintiffs, <br><br> vs. <br><br> LEE R. HAGELE and "JANE DOE" HAGELE, <br><br> Defendants. | NO.  CV-07-137-FVS <br><br> ORDER OF DISMISSAL |

THIS MATTER coming on for hearing upon the Agreed Motion of the Plaintiffs, Debra Distler and James Distler, and Defendants, Lee R. Hagele and "Jane Doe" Hagele, for dismissal of the above-entitled action, with prejudice, and without costs to either party, and good cause appearing, now, therefore

ORDER OF DISMISSAL: 1

IT IS HEREBY ORDERED that the above-entitled action is dismissed, without prejudice, and without costs to either party.

DONE BY THE COURT this __16th__ day of August, 2007.

```
                                    s/ Fred Van Sickle
                                    _____
                                    Fred Van Sickle, District Court Judge
```

Presented by:

STAMPER RUBENS, P.S.

By:  /s/ *Melody D. Farance*
    MELODY D. FARANCE
    WSBA # 34044
    Attorney for Defendants


Approved as to form and notice of presentment waived:

IUNKER & CHAMPAGNE, P.S.

By:  /s/ *Melvin H. Champagne*
    MELVIN H. CHAMPAGNE
    WSBA # 6680
    Attorney for Plaintiffs

ORDER OF DISMISSAL: 2